No. 4,020.—M. M. KEMPER ET AL., RESPONDENTS, *v.* MRS. JOHN SULLIVAN, APPELLANT.

*Appeal from District Court, Silver Bow County; J. J. Lynch, Judge.*

Decided September 10, 1917.

PER CURIAM.—Upon motion of appellant herein, the appeal in this cause is hereby dismissed.

*Messrs. Nolan & Donovan,* for Appellant.

———

No. 4,048.—JOSEPH LOULA, RESPONDENT, *v.* CHICAGO, MIL. & ST. PAUL RY. CO., APPELLANT.

*Appeal from District Court, Gallatin County.*

Decided September 10, 1917.

PER CURIAM.—Pursuant to stipulation of parties, the appeal in this cause is hereby dismissed.

*Mr. W. S. Hartman,* for Appellant.

———

No. 4,105.—STATE EX REL. CHINOOK–CLEVELAND TEL. CO. ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control.

Decided September 10, 1917.

PER CURIAM.—Petition for writ of supervisory control herein is, after due consideration, denied.

*Mr. R. E. O'Keefe,* for Relators.